UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :     HON.
                               :
                               :     Criminal No. 08-876
              v.               :
                               :     18 U.S.C. §§ 922(G)(5)(A)and 2
                               :
DONALDO RIVERA                 :
                               :

ORDER

This matter having come before the Court on the application of Marc E. Leibman, Esq. attorney for Donaldo Rivera and the Court having considered the matter including the consent of Assistant United States Attorney Philip Degman, Esq. appearing on behalf of the United States of America.

IT IS HEREBY ON THIS 12th DAY ORDERED that Probation shall prepare a presentence report on an expedited basis and it is further

ORDERED that Probation shall contact defense counsel to make arrangements for an expeditous interview with the Defendant and it is further

ORDERED that upon completion of the draft presentence report counsel shall contact chambers to select a mutually convenient date for sentencing.

SUSAN D. WIGENTON, U.S.D.J.

M:\ACTIVE\Rivera Donaldo\Order.doc